JUDGE ANDERSEN
MAGISTRATE JUDGE MASON

08 C 1244

# EXHIBIT 2

MAGISTRATE JUDGE MASON

# Bayer CropScience



Velsicol Chemical Corporation
10400 W. Higgins Rd.,

Rosemont, IL 60018-3713 - USA

**HEX Supply Agreement as of 1 January 1992: Termination**

Dear Sirs,

14 December 2006

Bayer CropScience GmbH
Mail address:
D-65926 Frankfurt am Main
Germany
For visitors:
Industriepark Höchst,
Building K 607
Tel. +49 69 305 6699
Fax +49 69 305 40621
www.bayercropscience.com

Tel. +49 69 305 3920
Fax +49 69 305 30949
johann.keussler@
bayercropscience.com

Managing Director:
Volkert Sjut
Chairman of the
Supervisory Board:
Friedrich Berschauer

Registered Office
Frankfurt am Main
Commercial Register:
AG Frankfurt a. M.
HRB 49796

We make reference to the above mentioned HEX Supply Agreement entered into between Velsicol Chemical Corporation and originally Hoechst AG which was transferred to Bayer CropScience GmbH in 1998 (by then acting under the name of Hoechst Schering AgrEvo GmbH, hereinafter referred to the "HEX Supply Agreement").

As we already informed you orally, we will stop the production of Endosulfan being effective 30 June 2007. Upon termination of our Endosulfan production, we do not have any remaining requirements to purchase HEX. In order to allow you to make early arrangements, please do not expect any HEX orders of Bayer CropScience GmbH later than 30 March 2007.

As a consequence of the termination of our Endosulfan production, we would like to terminate the HEX Supply Agreement at the earliest legally permissible time.

Many thanks for the reliable supplies provided in the past.

Best regards,

Bayer CropScience GmbH

Dr. Volkert Sjut
Managing Director