JUDGE ANDERSEN
MAGISTRATE JUDGE MASON

08 C 1244

# EXHIBIT 3



Mr. Sherman A. Friedman
Global Sales Director
Velsicol Chemical Corporation
10400 W. Higgins Rd.,

Rosemont, IL 60018-3713 - USA


HEX Supply Agreement as of 1 January 1992
("HEX Supply Agreement"):
Your letter dd. January 23, 2007

16 February 2007

Bayer CropScience GmbH
Mail address:
D-65926 Frankfurt am Main
Germany
For visitors
Industriepark Höchst,
Building K 607
Tel. +49 69 305 3920
Fax +49 69 305 30949
www.bayercropscience.com

Managing Director:
Volkert Sjut
Chairman of the Supervisory Board:
Friedrich Berschauer

Registered Office
Frankfurt am Main
Commercial Register:
AG Frankfurt a. M.
HRB 49796

Dear Mr. Friedman,

We confirm receipt of your letter dated January 23, 2007. We understand that you are disappointed that Bayer CropScience will not purchase any further HEX amounts due to the shut down of our Endosulfan plant in Frankfurt / Griesheim.

We understood from your letter dated January 23, 2007, that Velsicol might seek compensation for lost business and/or cost of containers from us. It is, thus, important to clarify the contractual situation:

Irrespective of the notice period, the HEX Supply Agreement does not provide for a precise obligation of Bayer CropScience GmbH to take specific amounts of HEX. Bayer CropScience has merely committed to buy HEX from Velsicol if it has any need of HEX supplies. In May 2006, Bayer CropScience made the business decision to exit from the Endosulfan business. This decision was communicated to VELSICOL shortly after it was taken already in May 2006. In November 2006, Mr. Schaub explained you in a personal meeting based on a comprehensive presentation the reasons for our business decision. One important reason is that turn-over and prices for Endosulfan had dramatically declined over the past years, in particular in the most important country Brazil. As a consequence thereof, Bayer CropScience has decided to close down the Endosulfan production in April 2007. The Endosulfan - quantities we produce in Griesheim within the first 3 - 4 months of 2007 will cover our worldwide demand at least until the end of 2008 according to today's cautious planning. Since Endosulfan is the only production in need of HEX, Bayer CropScience will not have any HEX requirements after the shut-down of the Endosulfan plant.

Your letter seems to imply that Bayer CropScience should be liable to pay compensation for the ongoing isotainers lease agreements of Velsicol. The Hex Supply Agreement does, however, not provide for the obligation to reimburse such costs.

Seite 2 von 2

All in all, after a successful business relation of about 15 years we do not see any contractual basis for compensation claims of Velsicol.

Irrespective of the contractual situation, BCS Procurement Department all through the 2nd. half of 2006 offered you to verify alternative uses within BCS and/or within the Bayer Group for Isotainers which are currently exclusively used for shipments of HEX. It will be glad to strengthen its efforts once we receive all details necessary (exact specification including a drawing, exact number of Isotainers in question, and remaining leasing - time ). Your company as well as ours is well aware that Isotainers are sometimes difficult to obtain these days and that market conditions should favor a commercially viable solution for all parties involved.

Based on this understanding, we are prepared to meet you in order to discuss any question you would like to raise on behalf of Velsicol. Please contact Bernhard Meyer (Procurement, Tel.: +49.2173.387466; e-mail: bernhard.meyer@bayercropscience.com) in order to arrange the meeting.

Best regards,

Bayer CropScience GmbH

Dr. Volkert Sjut
Managing Director