**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: **08 C 1244**

VELSICOL CHEMICAL CORPORATION, a Delaware Corporation
vs.
BAYER CROPSCIENCE GmbH, a German corporation, and
BAYER CROPSCIENCE, AG, a German corporation.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

VELSICOL CHEMICAL CORPORATION, a Delaware Corporation

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE MASON**

| NAME (Type or print) |
| --- |
| David B. Goodman |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ David B. Goodman |

| FIRM |
| --- |
| Shaw Gussis Fishman Glantz Wolfson & Towbin LLC |

| STREET ADDRESS |
| --- |
| 321 North Clark Street, Suite 800 |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6201242 | 312-541-0151 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

**FILED**
**FEBRUARY 29, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT