UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Velsicol Chemical Corporation
        Plaintiff,

v.               Case No.: 1:08–cv–01244
               Honorable Wayne R. Andersen

Bayer Cropscience GmbH, et al.
         Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: May 19, 2008

                       /s/ Wayne R. Andersen

                       United States District Judge