## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VELSICOL CHEMICAL CORPORATION, a Delaware Corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>BAYER CROPSCIENCE GmbH, a German corporation, and BAYER CROPSCIENCE, AG, a German corporation,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)  Case No. 08 C 1244<br>)<br>)  Judge: Wayne R. Anderson<br>)<br>)  Magistrate Judge: Michael T. Mason<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL
### WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)

The parties to this action, Plaintiff, Velsicol Chemical Corporation, and Defendants, Bayer CropScience, AG and Bayer CropScience, GmbH (a former German corporation, the legal successor of which is Bayer CropScience AG), stipulate to dismissal of this action, with prejudice, pursuant to the terms of the written settlement agreement reached between the parties.

Dated: June 27, 2008

| | |
|---|---|
| VELSICOL CHEMICAL CORPORATION | BAYER CROPSCIENCE, GmbH<br>  and BAYER CROPSCIENCE, AG |
| | |
| By:  _/s/ David B. Goodman_____<br>       One of its attorneys | By:  __/s/ James A. White_____<br>       One of its attorneys |
| David B. Goodman (#6201242)<br>Rebecca J. Hanson (#6280296)<br>Shaw Gussis Fishman Glantz<br>  Wolfson & Towbin LLC<br>321 N. Clark St., Suite 800<br>Chicago, Illinois 60610<br>(312) 541-0151 | James A. White (#6190225)<br>Jones Day<br>77 W. Wacker, Suite 3500<br>Chicago, Illinois 60601<br>(312) 782-3939 |

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2008, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following at their e-mail address on file with the Court:

*Service List*

David Benjamin Goodman    dgoodman@shawgussis.com, lgonzalez@shawgussis.com

Rebecca J Hanson    rhanson@shawgussis.com

Stephen J. Raab    jraab@shawgussis.com, lgonzalez@shawgussis.com

s/ James A. White
One of the Attorneys for Defendants