**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Velsicol Chemical Corporation
                        Plaintiff,

v.                                                  Case No.: 1:08–cv–01244
                                                           Honorable Wayne R. Andersen

Bayer Cropscience GmbH, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Pursuant to the Joint Stipulation of Dismissal filed on 6/27/08, the initial status hearing set for 7/24/08 is stricken. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Case no longer referred to Honorable Michael T. Mason.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.