**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Velsicol Chemical Corporation
                              Plaintiff,

v.                                                Case No.: 1:08–cv–01244
                                                  Honorable Wayne R. Andersen

Bayer Cropscience GmbH, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

    MINUTE entry before the Honorable Wayne R. Andersen:Pursuant to stipulation, this case is hereby dismissed with prejudice pursuant to Rule 41(a)1)(A). Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.